IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Logan, Bernice

Printed: 01/29/09

Case Number: 04 B 33982
Judge: Goldgar, A. Benjamin
Filed: 9/14/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: December 24, 2008
Confirmed: November 16, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 30,447.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 25,864.72 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,117.40 |
| Trustee Fee: |  | 1,623.56 |
| Other Funds: |  | 841.32 |
| Totals: | 30,447.00 | 30,447.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Timothy K Liou | Administrative | 2,117.40 | 2,117.40 |
| 2. | Capital One | Secured | 0.00 | 0.00 |
| 3. | ECast Settlement Corp | Unsecured | 6,355.08 | 6,355.08 |
| 4. | Resurgent Capital Services | Unsecured | 7,401.12 | 7,401.12 |
| 5. | Resurgent Capital Services | Unsecured | 2,887.11 | 2,887.11 |
| 6. | Discover Financial Services | Unsecured | 7,999.12 | 7,999.12 |
| 7. | Capital One | Unsecured | 637.97 | 637.97 |
| 8. | Specialized Management Consultants | Unsecured | 584.32 | 584.32 |
|  |  |  | $ 27,982.12 | $ 27,982.12 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 232.83 |
| 4% | 49.75 |
| 3% | 27.70 |
| 5.5% | 326.07 |
| 5% | 131.07 |
| 4.8% | 171.94 |
| 5.4% | 619.66 |
| 6.6% | 64.54 |
|  | $ 1,623.56 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:   Logan, Bernice | Case Number:  04 B 33982 |
| | Judge:  Goldgar, A. Benjamin |
| Printed: 01/29/09 | Filed:  9/14/04 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

